# DECISIONS PER CURIAM.

No. 1648. QUIÑONES, APPELLEE, v. DELGADO, APPELLANT.— Delivery of Property. San Juan, Section 1. March 21, 1917. *Dismissed for lack of transcript of record.*

No. 1651. BENET, APPELLANT, v. GÓMEZ, APPELLEE.—Damages. Mayagüez. March 27, 1917. *Appeal withdrawn.*

No. 1138. PEOPLE, APPELLEE, v. NAPOLEONI, APPELLANT.— Violation of Municipal Ordinance. Ponce. March 27, 1917. *Dismissed for lack of brief.*

No. 1140. PEOPLE, APPELLEE, v. CARABALLO ET AL., APPELLANTS.—Riot. San Juan, Section 2. March 29, 1917. *Affirmed.*

No. 1141. PEOPLE, APPELLEE, v. TIRADO, APPELLANT.—Adulteration of Milk. San Juan, Section 2. March 30, 1917. *Affirmed.*

No. 1146. PEOPLE, APPELLEE, v. PÉREZ, APPELLANT.—Voluntary Homicide. San Juan, Section 2. March 31, 1917. *Affirmed.*

No. 1652. BARQUET BROTHERS, APPELLEES, v. LAZALDE, APPELLANT.—Memorandum of Costs. Ponce. March 31, 1917. *Dismissed for lack of transcript of record.*